IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      )
                               )
       Plaintiff,              )
                               )        CIVIL ACTION NO.
       v.                      )        2:12mc-3591MHT
                               )           (WO)
BENJAMIN KIMBROUGH,            )
                               )
       Defendant,             )
                               )
McINNIS CONSTRUCTION, LLC,     )
                               )
       Garnishee.              )
```

OPINION

In this proceeding, plaintiff seeks to recovery on a judgment rendered against defendant.  This matter is now before the court on the recommendation of the United States Magistrate Judge that the defendant's claim of exemption should be denied.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court holds that the recommendation should be adopted.

DONE, this the 7th day of May, 2012.

                         ___/s/ Myron H. Thompson___
                         UNITED STATES DISTRICT JUDGE