IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>  )<br>BENJAMIN KIMBROUGH, )<br>  )<br>   Defendant, )<br>  )<br>McINNIS CONSTRUCTION, LLC, )<br>  )<br>   Garnishee. ) | CIVIL ACTION NO.<br>2:12mc-3591MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(2) The defendant's claim of exemption (doc. no. 6) is denied.

(3) All other outstanding motions are denied.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 7th day of May, 2012.**

                                         **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**