```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       2:12mc-3591MHT
                               )           (WO)
BENJAMIN KIMBROUGH,            )
                               )
    Defendant,                 )
                               )
McINNIS CONSTRUCTION, LLC,     )
                               )
    Garnishee.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(2) The defendant's claim of exemption (doc. no. 6) is denied.

(3) All other outstanding motions are denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of May, 2012.

                                   /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE